Michael H. Brahm (Bar No. 52243)
MICHAEL H. BRAHM – ATTORNEY AT LAW
21243 Ventura Blvd., Ste. 145
Woodland Hills, CA 91364
Telephone: 818.708.1800
Facsimile: 818.221.0533
michael@brahmlaw.com

Attorney for Plaintiff
ALGERY HALL

Annette F. Mijanovic (Bar No. 264638)
 amijanovic@hbblaw.com
Willow Karfiol (Bar No. 345751)
 wkarfiol@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendants
24/7 TRANSPORT & STORAGE, INC.; MICHAEL THOMAS PETERSON and KEITH MARUSKA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALGERY HALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>24/7 TRANSPORT & STORAGE, INC.; MICHAEL THOMAS PETERSON; KEITH MARUSKA and DOES 1 to 100, Inclusive,<br><br>　　　　Defendant. | Case No. 2:23-cv-02358 JLS (KS)<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT:

Through their attorneys of record, Plaintiff Algery Hall and Defendants 24/7 Transport & Storage, Inc., Michael Thomas Peterson, and Keith Maruska (the "Parties"), by and through their designated counsel are pleased to report that this matter has settled

in all respects. The parties are currently finalizing the settlement. Within 60 days, the parties will be filing a joint stipulation for voluntary dismissal..

DATED: May 26, 2023        MICHAEL H. BRAHM – ATTORNEY AT LAW

By: _____
Michael H. Brahm
Attorney for Plaintiff
ALGERY HALL

DATED: May 26, 2023        HAIGHT BROWN & BONESTEEL LLP

By: _____
Annette F. Mijanovic
Willow Karfiol
Attorneys for Defendants
24/7 TRANSPORT & STORAGE, INC.;
MICHAEL THOMAS PETERSON and
KEITH MARUSKA