1  Annette F. Mijanovic (Bar No. 264638)
   *amijanovic@hbblaw.com*
2  Willow Karfiol (Bar No. 345751)
   *wkarfiol@hbblaw.com*
3  HAIGHT BROWN & BONESTEEL LLP
   555 South Flower Street, Forty-Fifth Floor
4  Los Angeles, California 90071
   Telephone: 213.542.8000
5  Facsimile: 213.542.8100

6  Attorneys for Defendants
   24/7 TRANSPORT & STORAGE, INC.; MICHAEL THOMAS PETERSON and
7  KEITH MARUSKA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALGERY HALL,<br><br>           Plaintiff,<br><br>   v.<br><br>24/7 TRANSPORT & STORAGE, INC.; MICHAEL THOMAS PETERSON; KEITH MARUSKA and DOES 1 to 100, Inclusive,<br><br>           Defendant. | Case No. 2:23-cv-02358 JLS (KS)<br><br>**JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>*Filed concurrently with [Proposed] Order* |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and through their attorneys of record, Plaintiff Algery Hall and Defendants 24/7 Transport & Storage, Inc., Michael Thomas Peterson, and Keith Maruska, by and through their designated counsel, hereby stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-titled action, in its entirety.

/ / /
/ / /
/ / /
/ / /

Each party shall bear his/her or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

DATED: June _/_, 2023     MICHAEL H. BRAHM – ATTORNEY AT LAW

By: _/s/ Michael H. Brahm_
Michael H. Brahm
Attorney for Plaintiff
ALGERY HALL

DATED: June 1, 2023     HAIGHT BROWN & BONESTEEL LLP

By: _/s/ Willow Karfiol_
Annette F. Mijanovic
Willow Karfiol
Attorneys for Defendants
24/7 TRANSPORT & STORAGE, INC.;
MICHAEL THOMAS PETERSON and
KEITH MARUSKA