# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALGERY HALL,<br><br>  Plaintiff,<br><br>  v.<br><br>24/7 TRANSPORT & STORAGE, INC.;<br>MICHAEL THOMAS PETERSON;<br>KEITH MARUSKA and DOES 1 to 100,<br>Inclusive,<br><br>  Defendant. | Case No. 2:23-cv-02358 JLS-KS<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action is dismissed with prejudice as to all claims, causes of action, and parties identified herein, with each party bearing their own attorney's fees and costs.

DATED: June 6, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE